UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. B. OLIVER,<br><br>        Petitioner. | Case No. 14-cv-05675-VC (PR)<br><br>**ORDER OF TRANSFER** |

      J.B. Oliver, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence. Oliver pled no contest to second degree burglary in the Superior Court in Norwalk, California which is located in the Central District of California. Oliver is incarcerated at the California Correctional Center-Susanville, located in the Eastern District of California.

      A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993). However, if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

      Because Oliver is challenging the validity of his plea agreement, venue for his habeas case lies in the Central District of California, not in this district. Accordingly, the Court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, the

1  Clerk of the Court transfer this petition to the United States District Court for the Central District of
2  California.
3      IT IS SO ORDERED.
4  Dated: February 20, 2015



                              _____
                              VINCE CHHABRIA
                              United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California